IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

Vs.                      CASE NO. 4:97cr00081-01 JMM

RICKY JOEL NELSON                                               DEFENDANT

<u>ORDER</u>

Defendant appeared this date for a hearing on the United States' motions to revoke supervised release (DE #'s 305 & 309). Following statements by Counsel, the Court denied the motions to revoke supervised release.

Defendant's conditions of supervised release are modified to include six (6) months at a residential re-entry center. All other conditions of supervised release remain in effect. Defendant is advised that any further violations of his release may result in an immediate hearing to consider revocation.

The Clerk is directed to send a copy of this order to the United States Probation Office and the United States Marshals Service.

IT IS SO ORDERED this 11th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE